# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHIMON MOALEM,<br><br>    Plaintiff(s),<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant(s). | Case No.: 2:18-cv-1223-JAD-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed.R.Civ.P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than August 1, 2018.

IT IS SO ORDERED.

Dated: July 11, 2018

                                                             NANCY J. KOPPE<br>
                                                             United States Magistrate Judge