| | |
|---|---|
| 1 | Michael J. Nuñez, Esq. |
| | Nevada Bar No. 10703 |
| 2 | mnunez@murchisonlaw.com |
| | **MURCHISON & CUMMING, LLP** |
| 3 | 6900 Westcliff Drive, Suite 605 |
| | Las Vegas, Nevada 89145 |
| 4 | Telephone: (702) 360-3956 |
| | Facsimile: (702) 360-3957 |
| 5 | |
| | Attorneys for Defendant |
| 6 | FEDERAL EXPRESS CORPORATION |
| | (improperly sued as FEDERAL EXPRESS) |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIMOM MOALEM, is an individual, | CASE NO. 2:18-CV-01223-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| FEDERAL EXPRESS, is a Memphis, Tennessee based Multinational Corporation; and DOES and ROES 1 through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Defendant, Federal Express Corporation (improperly sued as FEDERAL EXPRESS) ("FedEx Express"), by and through its attorney of record, Michael J. Nunez, Esq. of Murchison & Cumming, LLP, and Plaintiff, Shimom Moalem, acting in his individual capacity as the Plaintiff in Proper Person, that the deadline for responding to Plaintiff's Complaint may be extended from August 3, 2018, to August 17, 2018.

Plaintiff alleges in his Complaint that he tendered packages to FedEx Express for delivery to New York, but those packages were not delivered as instructed. Upon investigation, it was determined that Plaintiff tendered packages to FedEx Ground Package System, Inc. ("FedEx Ground"), and not FedEx Express. FedEx Ground and FedEx Express are legally separate and independent operating companies. Plaintiff was informed of this

error, and provided the correct entity name. Plaintiff has agreed to file an Amended Complaint substituting the correct party, FedEx Ground, for the incorrectly named party, FedEx Express. The parties reached an agreement to extend the response deadline to enable Plaintiff to substitute the proper party into the lawsuit.

Defendant agrees that Plaintiff's agreement to this extension cannot and will not be used directly or indirectly to prejudice any rights of Plaintiff, and that, in the event Plaintiff seeks ex parte or other relief, Defendant will not make any argument, either orally or in writing, which uses Plaintiff's agreement in any manner that is prejudicial to Plaintiff or Plaintiff's position, or in a manner that characterizes Plaintiff's agreement as "delay".

## AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED: August 2, 2018

**MURCHISON & CUMMING, LLP**

By  */s/ Michael J. Nunez*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

DATED:  August 2, 2018

**SHIMON MOALEM**

By  */s/ Shimon Moalem*
Shimom Moalem
Plaintiff acting in Proper Person
3779 Robert Randolf Way
Las Vegas, Nevada  89147

**ORDER**

IT IS SO ORDERED that the deadline to file a response to Plaintiff's Complaint be extended to August 17, 2018.

DATED August 3, 2018

_____
UNITED STATES MAGISTRATE JUDGE