**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIMON MOALEM, | Case No.: 2:18-cv-01223-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| FEDEX GROUND PACKAGE SYSTEMS, INC., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than October 26, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: October 23, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1