# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIMON MOALEM,<br>    Plaintiff(s),<br>v.<br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br>    Defendant(s). | Case No.: 2:18-cv-01223-JAD-NJK<br><br>**ORDER** |

The Court **SETS** a status hearing for 11:00 a.m. on March 4, 2020, to determine how to most efficiently move this case forward. All parties and counsel of record must attend the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS**.

IT IS SO ORDERED.

Dated: February 25, 2020

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge